FILED

1    JEFFERY J. DAAR (SBN 105536)
jdaar@daarnewman.com
2    MICHAEL R. NEWMAN (SBN 49676)
mnewman@daarnewman.com
3    DAAR & NEWMAN
A Professional Law Corporation
4    865 South Figueroa Street, Suite 2300
Los Angeles, CA 90017-2565
5    (213) 892-0999

2009 OCT 28 PM 3: 30

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

6    Attorneys for Plaintiff
ECODISC TECHNOLOGY AG
7

8              UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                    CV09 07875 PA AJWx

11    ECODISC TECHNOLOGY AG, a          CASE NO:
corporation,
12                                       COMPLAINT FOR:
              Plaintiffs,
13                                       (1) VIOLATIONS OF THE SHERMAN
       vs.                                   ACT;
14                                       (2) VIOLATIONS OF THE
    DVD FORMAT/LOGO                           CARTWRIGHT ACT;
15    LICENSING CORPORATION, a          (3) FALSE ADVERTISING IN
corporation; and DVD FORUM, an               VIOLATION OF THE LANHAM
16    association,                            ACT;
                                         (4) TORTIOUS INTERFERENCE
17              Defendants.                   WITH CONTRACTUAL
                                             RELATIONS;
18                                       (5) TORTIOUS INTERFERENCE
                                             WITH PROSPECTIVE ECONOMIC
19                                           ADVANTAGE;
                                         (6) TRADE LIBEL; and
20                                       (7) UNFAIR BUSINESS PRACTICES
21                                       DEMAND FOR JURY TRIAL
22
23
24
25         Plaintiff EcoDisc Technology AG complains as follows:

26                    **<u>JURISDICTION AND VENUE</u>**

27         1.    This Court has jurisdiction over the plaintiff's claims for relief arising

28    under the Sherman Act, 15 U.S.C. § 1, pursuant to 15 U.S.C. § 4, under the Lanham

-1-

COMPLAINT

DAAR & NEWMAN, PLC

COPY

1    Act, pursuant to 15 U.S.C. § 1121(a), and 28 U.S.C. §§ 1331 and 1337.  The Court

2    has supplemental jurisdiction over the remaining claims for relief arising under

3    California law pursuant to 28 U.S.C. § 1367.

4        2.    This is also an action to recover actual and treble damages for injuries

5    resulting from defendants' violations of the antitrust laws of the United States, as

6    set forth in Title 15 of the United States Code.  Accordingly, the Court also has

7    jurisdiction of this action under 15 U.S.C. § 4 and 28 U.S.C. § 1332.

8        3.    This Court has personal jurisdiction over the defendants and venue is

9    proper in this District under 28 U.S.C. § 1392(a) and (c), in that defendants do

10    substantial business in the State of California and within this District and are

11    transacting and doing business and conducting or otherwise transacting their affairs

12    in this District, and the defendants have performed acts in furtherance of their

13    illegal and wrongful conduct as alleged herein, which have had a substantial effect

14    in this District.  Additionally, venue is proper as to the defendants, alien corporation

15    and association, under 28 U.S.C. § 1391(d).

16                    **THE PARTIES**

17        4.    Plaintiff EcoDisc Technology AG ("EcoDisc AG") is, and at times

18    material was, a corporation incorporated under the laws of Switzerland, with its

19    principal place of business at Sonnhaldenstrasse 7, 6052, Hergiswil, Switzerland.

20        5.    EcoDisc AG is informed and believes and thereon alleges that

21    defendant DVD Format/Logo Licensing Corp. ("DVD FLLC") is, and at all times

22    material was, a corporation duly organized and existing under the laws of Japan,

23    with its principal place of business at Daimon Urbaniste Bldg., 6F2-3-6

24    Shibadainon Mimato-ku, Tokyo, 105-0012, Japan.

25        6.    EcoDisc AG is informed and believes and thereon alleges that, at all

26    relevant times, defendant DVD Forum is, and at all times material was, an

27    international association of businesses engaged in the research, development,

28    manufacturing, or sales related to DVD technology, with its principal place of

COMPLAINT

DAAR & NEWMAN, PLC

1    business at Daimon Urbaniste Bldg., 6F2-3-6 Shibadainon Mimato-ku, Tokyo, 105-

2    0012, Japan.

3                             **INTRODUCTION**

4        7.     This action involves the wrongful and unlawful acts of defendants,

5    who are the core DVD industry organization for establishing DVD format standards

6    and the corporation that licenses these format standards and the DVD Logo, to

7    suppress new innovation -- the environmentally-friendly DVD. The defendants

8    have acted to suppress innovative technology that results in a thinner, lighter and

9    more flexible DVD – the EcoDisc -- that provides a reduction in $CO_2$ emissions by

10    approximately 52% and is recyclable. Standard DVDs have remained largely

11    unchanged since their invention. Defendants have effectively threatened all disc

12    replicators that if they make the new environmentally-friendly DVD they may no

13    longer be permitted to make standard DVDs and use the DVD logo. Defendants

14    have also placed in the marketplace false information regarding these new

15    environmentally-friendly discs.

16

17              **FACTUAL ALLEGATIONS AND BACKGROUND**

18              **COMMON TO ALL CAUSES OF ACTION**

19

20                            **The DVD**

21        8.     A DVD is an optical disc storage media format that can be used for

22    playback of movies with high video and sound quality, and for storing data

23    electronically. The acronym "DVD" originally was for "Digital Video Disc," but

24    had its name changed to "Digital Versatile Disc" to reflect its widespread use for

25    non-video applications.

26        9.     The introduction of DVD technology in the 1990s launched one of the

27    most successful generation of consumer products in history. According to industry

28    reports, since 1997, over 260 million DVD players and more than 10 billion DVD

1  discs have been sold in the United States and Canada alone.  In 2006, 1.7 billion

2  DVD movie discs were shipped in North America, while shipments of recordable

3  discs climbed to 5.1 billion discs globally.

4       10.     At issue is the technology used to make optical storage devices used to

5  store and display movies, songs and pictures.  Generally, optical storage media

6  consists of several layers.  A CD, for example, is comprised of a substrate, an

7  information layer (either formed into the substrate [or prerecorded CD] or formed

8  by a separate composition layer), a reflecting layer to reflect some portion of the

9  laser beam, and a protective layer over the reflecting layer.  Optical storage media

10  store digital information in a continuous spiral or track in the information layer,

11  which is similar to the continuous groove of a phonograph record.  The track is read

12  by pointing a laser beam onto the surface of the information layer.

13       11.     A prerecorded DVD is similar to a CD, except that the DVD stores

14  data in microscopic "lands" and "pits," which are alternating recessed and flat areas

15  on the information layer formed into the substrate.  The reflective bumps (called

16  "lands") and nonreflective holes (called "pits") aligned along the grooves represent

17  the zeros and ones of digital information.  DVDs use smaller tracks than CDs, as

18  well as new modulation and error correction methods.  These allow a DVD to store

19  data seven times as a large as that of a CD.  The narrow tracks in a DVD require

20  special lasers, different from the lasers used on a CD.  There are numerous different

21  DVD formats.  These formats include DVD-5s, which have only one information

22  layer, DVD-10s, which are essentially two DVD-5's bonded together and read from

23  opposite sides, and DVD-9's, which have two information/reflecting layers with

24  pits and lands that can be read from the same side of the disc by using a less

25  reflective coating on the layer closest to the laser beam and a more reflective

26  coating on the information layer further from the laser beam.  The laser beam inside

27  a DVD player can focus at two different levels so that it can "look through" this

28  "semi-reflective layer" to read the data on the second "reflective layer" underneath.

-4-

DAAR & NEWMAN, PLC

A DVD-5 allows for storage of only five gigabytes of information while a DVD-9 allows for storage of nine gigabytes of information.

### The DVD Forum

12.    Following the development and success of the compact disc ("CD") and CD-ROM, an alliance was formed by titans from the consumer electronics industry to study and promote a standard for the development of a Digital Video Disc ("DVD").  This alliance was the DVD Consortium.  Beginning in or about 1995, the members of the DVD Consortium worked together to agree on specifications, termed "Formats" by the DVD Consortium, applicable to the recording, production, replication or use of DVDs and related equipment (the "DVD Specifications").

13.    Each of the members of the DVD Consortium was a holder or assignee of patents that involved a user application of DVD technology.  The DVD Consortium had a mission to create a worldwide standard for the use of the DVD. The founding ten members of the DVD Consortium were Toshiba Corporation ("Toshiba"), Thomson, Sony Corporation ("Sony"), Pioneer Electronic Corporation ("Pioneer"), Koninklikje Philips Electronics N.V. ("Philips"), Mitsubishi Electric Corporation ("Mitsubishi"), Matsushita Electric Industrial Co., Ltd. ("Matsushita" and now Panasonic Corporation ("Panasonic")), Time Warner, Inc. ("Time Warner"), Victor Company of Japan, Ltd. ("JVC"), and Hitachi, Ltd. ("Hitachi").

14.    Prior to DVD discs being first released to the consumer in 1997, there had been two principal formats competing to be the next-generation disc to succeed the CD, one that was proposed by Sony and Philips and the other by Toshiba, Time Warner and Matsushita.  However, through the DVD Consortium, these two factions agreed to a single standard, which became the standard DVD disc that uses the DVD Logo (the "standard DVD").  The resulting standard DVD was a political and commercial compromise.  The eventual standard DVD was not the result of a research and development program intended to produce the best possible DVD

DAAR & NEWMAN, PLC

1    format, irrespective of the technology owned by the different companies concerned.

2    The standard DVD was not developed as an open standard incorporating the best

3    technologies available on the market.

4        15.    In October 1997, the ten-member DVD Consortium changed its name

5    to the DVD Forum and opened membership to interested companies.  For purposes

6    of this Complaint, references to the DVD Forum also include, as the context

7    requires, the DVD Consortium.

8        16.    The DVD Forum describes itself as "the core DVD industry

9    organization for establishing DVD format standards."  The self-stated purpose of

10    the DVD Forum is, "(1) to establish the single DVD Format for each of the DVD

11    application products, including revisions, improvements and enhancements, that

12    would be in the best interests of consumers and users, and (2) to encourage the

13    broad acceptance of DVD Formats on a worldwide basis among members of the

14    Forum, related industries and the public."  The DVD Forum periodically meets

15    throughout the world, including having meetings of its Steering Committee in this

16    District.

17        17.    The DVD Forum has, as its executive body, a Steering Committee

18    comprised of Principal Members, which are entities deemed to be making a

19    significant contribution to the development, promotion or improvement of the DVD

20    Formats and initially were the original ten companies that comprised the DVD

21    Consortium.  The Steering Committee approves all decisions relating to the

22    structure, policy or operation of the DVD Forum, including, but not limited to,

23    adoption and/or publication of new DVD Formats or modifications, enhancements

24    or other changes to existing DVD Formats, licensing of DVD Formats and the

25    DVD Logo to DVD Forum members and other third parties, and the approval of the

26    companies chairing and vice-chairing the DVD Forum's Technical & Verification

27    Group and Working Groups.  The DVD Forum has a number of different technical

28    Working Groups to establish, improve and enhance each format of its DVD

DAAR & NEWMAN, PLC

products.  The membership of each Working Group is open to any Principal

Member of the DVD Forum.

18.    The Steering Committee companies of the DVD Forum, for the term

of February 2008 to February 2010, are Hitachi, IBM Corporation, Industrial

Technology Research Institute, Intel Corporation, LG Electronics, Inc., Memory-

Tech Corporation, Microsoft Corporation, Mitsubishi, NEC Corporation,

Panasonic, Paramount Pictures Corporation, Pioneer, Samsung Electronics Co.,

Ltd., Sanyo Electric Co., Ltd., Sharp Corporation, Sony, Thomson, Toshiba, Walt

Disney Pictures and Television, and Warner Bros. Entertainment, Inc.

19.    The DVD Forum maintains Antitrust Guidelines for the Forum

Participants (the "Antitrust Guidelines").  The updated November 5, 2007 Antitrust

Guidelines provide in part as follows:

> "Communication among participants in the forum should
> be aimed at advancing the goal of enhancing competition.
> Participants in the forum should not have discussions
> which call for or result in anticompetitive collective
> action of any kind.  This applies both to formal meetings
> and informal conversations before, during, and after the
> event.  Your strict adherence to these guidelines is
> essential.
>
> "I.    The purpose of this forum is to provide technical
> information concerning the DVD format, to exchange
> ideas and opinions on the DVD format, to promote its use
> by related industries, and to facilitate compatibility
> among the participating companies and improvements in
> the technology for the benefit of consumers.  Consistent
> with basic compatibility, hardware, software and media

DAAR & NEWMAN, PLC

-7-

COMPLAINT

providers will be making their own judgments on
technology and will be competing with each other. Do
not issue a 'call to action' or tell participants that they
should or should not do something."

* * *

"III.   Discussions should be restricted to technical issues
and should not involve business or competitive strategies
that would be implemented by individual participants or
by the group. There should be no discussions of
distribution strategies or of entities with which
participants will or will not deal.

"IV.   Promotion of the DVD format as a standard is a
legitimate purpose of the Forum. However, each
company shall make its own decisions and individual
companies shall adopt their own technologies and
business strategies in making products that use or do not
use the DVD format or any technical recommendations
for the DVD format made by the forum participants.
Attending the forum does not preclude participants from
using other formats in addition to or instead of the DVD
format or commit participants to adopt any technical
recommendations for the DVD format made by the
forum participants."

20.    The DVD Forum has only set specifications and formats for certain,
but not all, DVD formats. The DVD Forum has documented its official
specifications in a series of format books published by the DVD Forum. A DVD
Format Book or DVD Book is a technical standard document that defines DVD

-8-

COMPLAINT

1    disc structures and regulations of the DVD Forum Format specifications.  There are

2    more than 144 possible variations of DVDs and DVDs come in approximately 24

3    different physical incarnations and more than 6 data-format variations.  A

4    traditional DVD is made of two 0.6mm substrates glued together.  A DVD can be

5    single-sided or double-sided.  Physical compatibility is not an issue with a base

6    DVD-ROM format.  Every DVD player, drive and recorder is physically able to

7    read data from a DVD-ROM disc.

8        21.    The primary formats adopted by the DVD Forum with its own

9    standard specifications are DVD-ROM, DVD-Video, DVD-R, DVD-RAM, DVD-

10   Audio, DVD-RW, and DVD-Video Recording 5.

11       22.    The DVD Forum recognizes that there are other DVD formats that are

12   not part of the Formats of the DVD Forum.  For example, the DVD Forum

13   expressly states in its Mission Statement that, "Forum Members are not required to

14   support the DVD Format to the exclusion of other formats."

15       23.    The next generation of DVDs involve high-definition and higher

16   density DVDs.  Different DVD industry groups have proposed and developed

17   different new high-definition variations of the DVD.  The major Japanese consumer

18   electronics companies eventually consolidated into two different camps.  The DVD

19   Forum has promoted and set its own specifications for the standard HD DVD.

20   Principal members of the DVD Forum, such as Sony, have formed the separate

21   Blu-ray Disc Association, which has its own standards for Blu-ray discs.  The DVD

22   Forum format of HD DVD competes with the Blu-ray disc format in the United

23   States market.

24       24.    Another major DVD format that competes with the Formats of the

25   DVD Forum is DVD+RW.  The DVD+RW is a writeable optical disc developed by

26   a coalition of corporations known as the DVD+RW Alliance.  The primary

27   members of the DVD+RW Alliance include principal members of the DVD Forum

28   and shareholders of DVD FLLC, Sony, Philips and Thomson.  The DVD+RW

DAAR & NEWMAN, PLLC

-9-

COMPLAINT

1   format is a competing format to the DVD-RW Format, which is developed by the

2   DVD Forum.  The DVD+RW format is not authorized by the DVD Forum.  The

3   DVD Forum recognizes that this other format is "strikingly similar in appearance"

4   to its own DVD-RW format.  The DVD-RW format competes with the DVD+RW

5   format in the United States market.

6   **DVD FLLC**

7   25.    Defendant DVD FLLC was established on or about April 14, 2000,

8   and has ten shareholders, Hitachi, Philips, Mitsubishi, Panasonic, Pioneer, Sony,

9   Thomson, Time Warner, Toshiba, and JVC.  It states is business as DVD format

10   and logo licensing, production, maintenance and issuance of DVD format books,

11   trademark registration and maintenance of DVD Logos, verification related

12   activities, and policing of pirate manufacturers, non-compliant products and

13   incorrect usage of the DVD Logos.  The DVD FLLC offers DVD format and logo

14   licenses to companies that wish to manufacture DVDs using the DVD Formats of

15   the DVD Forum and use the DVD Logo.  In addition, the DVD FLLC offers

16   licenses for HD DVD formats and logo, as established by the DVD Forum.  DVD

17   FLLC does not license the Blu-ray format or the DVD+RW format.

18   26.    DVD FLLC claims that it is responsible for the publication of the

19   technical specifications for the standard DVD Formats of the DVD Forum.  DVD

20   FLLC also claims to own the trademarks worldwide for the DVD Logo that appears

21   on DVD products for sale in the United States and around the world.  DVD FLLC

22   is the exclusive licensor of the technical specifications of the DVD Forum and the

23   DVD Logo.

24   27.    Upon information and belief, the DVD Forum sets, through its

25   Steering Committee, policies and procedures that are then implemented by DVD

26   FLLC.  These policies include decisions on formats and use of the DVD Logo.

27   DVD FLLC also provides updates to the Steering Committee of DVD Forum at

28   Steering Committee meetings.

DAAR & NEWMAN, PLC

28.     DVD FLLC's licensing program has an up-front cost of $10,000 per format and product category, and with no additional charges.  A manufacturer who desires to produce DVD products using DVD Forum Formats and the DVD Logo can obtain a license to use the DVD Forum specifications and the DVD Logo.  Under the license agreements with DVD FLLC, the manufacturer of DVD products that do not comply with the applicable DVD specifications of the DVD forum are outside the scope of the license grant and cannot then bear the DVD Logo.  DVD FLLC has a verification procedure to test whether, under its licensing agreement, DVDs bearing the DVD Logo are compliant with the format specifications of the DVD Forum.

29.     Use of the DVD Logo and the DVD Forum Formats is needed to use the DVD Logo by, for example, any replicator of pre-recorded DVD discs, manufacturers of writable DVD discs, and manufacturers of DVD players.  There are no per-piece royalties or annual fees.  All current License Agreements with DVD FLLC expire on December 31, 2009.  In order to continue manufacturing products with the DVD Logo and using the DVD Forum Formats on and after January 1, 2010, licensees need to enter into a new License Agreement, a draft of which is available online from DVD FLLC.  For purposes of this Complaint, EcoDisc AG is informed and believes that there is no material difference between the current License Agreement of DVD FLLC and the draft License Agreement for use on and after January 1, 2010.

30.     DVD FLLC licenses use of the DVD Forum's specifications and DVD Logo following a prospective licensee's payment of $5,000 and execution of a Non-Disclosure Agreement.  DVD FLLC then provides the prospective licensee with a Format Book.  If the licensee then decides to proceed with commercial production, it may apply for a license to use the DVD specifications in the Format Book and DVD Logo on commercial DVD product.  To obtain a license, the prospective licensee must pay a license fee of $10,000 per format and product category (with a

-11-

1    one-time credit for the fee that the licensee paid upon execution of the Non-

2    Disclosure Agreement) and execute a License Agreement with DVD FLLC.  The

3    License Agreement grants the licensee a non-exclusive, non-transferable license, on

4    a worldwide basis.  The License Agreement also provides a non-exclusive, non-

5    transferable license, on a worldwide basis, to use the DVD Logo on specific DVD

6    products.

### DVD Format Specifications In The Public Domain

8        31.    Industry standards exist for a basic DVD read-only disc format.  This

9    industry standard format is freely downloadable and in the public domain.  Ecma

10   International ("Ecma") is an industry association founded in 1961 and dedicated to

11   the standardization of Information and Communication Technology and Consumer

12   Electronics.  For over 40 years, Ecma has actively contributed to worldwide

13   standardization in information technology and telecommunications.  The aims of

14   Ecma include publishing its Standards and Technical Reports in electronic and

15   printed form and having its publications be freely copied by all interested parties

16   without restrictions.  More than 370 Ecma standards have been published, and more

17   than two-thirds of the Ecma Standards have also been adopted as International

18   Standards and/or Technical Reports.

19       32.    The Ecma Technical Committee TC31 was established in 1984 for the

20   standardization of Optical Disks and Optical Disk Cartridges.  In February 1997,

21   the DVD Forum proposed to Ecma Technical Committee TC31 to develop an

22   ECMA Standard for a 120 mm. optical disc.  Ecma then developed a DVD standard

23   that specifies the physical characteristics of such a disc, which can be used for

24   video, audio or data applications.  A standard for volume and file structure common

25   to these three types of applications has been developed by Ecma Technical

26   Committee TC15 and further work has been undertaken for a rewritable disc known

27   as DVD-RAM, and for a writable disc, DVD-R.  The work of Ecma on these

28   ///

DAAR & NEWMAN, PLC

1  further standards is supported by a number of principal members of the DVD

2  Forum.

3      33.    Ecma publishes and provides as a free download on its website its

4  Standard ECMA 267 (3rd Edition, April 2001), which specifies formats for four

5  types of DVD-Read-Only discs.  The Ecma Standard was also adopted by the

6  International Standardization Organization ("ISO") as International Standard

7  ISO/IEC 16448.

8                          **DVD Replicators**

9      34.    The use of DVD standards, whether those in the public domain, or

10  offered by associations such as the DVD Forum, pertain, for purposes of this action,

11  to the replication of DVD discs.  DVD disc replicators create DVD discs by an

12  injection-molding process, using stampers to create the discs on which the content

13  is then embedded.  A DVD disc replicator is entrusted with content by a content

14  provider.  The replicator may provide a mastering service and create the stampers

15  from the original source input or the replicator may purchase stampers from a third

16  party.  The stampers are placed in the mold and the disc pressed based on the mold.

17  The finished pre-recorded DVD disc is then metalized, printed and packaged and

18  then sold to the content provider in the quantities ordered.  The replicator may itself

19  offer a distribution service for the content provider.  The content may include video,

20  audio, games, business software, and other uses.  The process of DVD replication is

21  different from that of the duplication of DVD discs.  A DVD duplicator will take

22  recordable or rewritable discs, which are blanks, and burn the content onto the

23  discs.

24      35.    The replication market involves both the manufacture of products,

25  such as pre-recorded DVD-5 and DVD-9 discs, and the provision of a service for

26  content providers who entrust content to replicators in return for the provision of

27  mass-replicated copies of the content embedded in DVD discs.  DVD FLLC reports

28  that it has more than 400 license agreements with replicators.

-13-

COMPLAINT

36.     Plaintiff is informed and believes that virtually all, if not all, replicators have a license agreement with DVD FLLC in order to make standard DVD discs with the DVD Logo.

### The EcoDisc

37.     The thin DVD was invented in approximately 2004.  The thin DVD is a 0.6mm disc that is essentially one-half of the standard DVD (1.2mm disc), which is composed of two 0.6mm discs epoxied together into a single disc.

38.     The inventor of the thin DVD, along with another individual, analyzed all of the DVD players and drives in the market for functionality and how they interact with discs, especially at high speed.  As a result, they engineered a disc with features that matched the characteristics of DVD players and drives, which, when combined, provided the same playability as the standard DVD, but is only 0.6mm, rather than 1.2mm, thick (hereinafter referred to as the "EcoDisc Technology").

39.     Plaintiff EcoDisc AG is a research and development company, which does not have its own production facilities.   EcoDisc AG is licensing the EcoDisc Technology to DVD replicators, providing them with the necessary upgrade kits for their existing equipment and training their technical staff to make discs using the EcoDisc Technology.  The EcoDisc Technology is currently subject to a number of patents, including four European patent applications (one of which was granted and published in October 2009), two international patent applications, and six U.S. patent applications.  The EcoDisc Logo has trademark and design protection in the world and is licensed to EcoDisc manufacturers, together with the patents and the manufacturing know-how.

40.     The EcoDisc Technology is a major innovation in the DVD industry. EcoDiscs are environmentally-friendly DVDs.  The standard DVD has remained largely unchanged since its invention.  The standard DVD currently offers very little in reducing oil dependency, minimizing energy consumption and reducing

-14-

COMPLAINT

$CO^2$ emissions. The standard DVD disc uses a non-biodegradable, toxic resin as the epoxy to bond the two halves of the DVD. The EcoDisc is engineered so that its impact on the environment is friendly. The EcoDisc is not only thinner, lighter, and more flexible than a standard DVD, it is also free of toxic bonder. The EcoDisc consists of approximately 50% less polycarbonate, an oil derivative used as the main material to form the disc in a standard DVD. By halving the amount of raw material, the manufacturing of the EcoDisc also needs approximately 50% less energy for production. The EcoDisc, compared to a standard DVD, provides a reduction in carbon dioxide emissions by approximately 52%. In addition, the thinner EcoDisc reduces the transport volume from factory to the consumer and thereby reduces freight costs and conserves fuel. The EcoDisc increases warehouse storage capacity and its lighter weight saves on shipping costs. In addition, the EcoDisc's flexibility provides stronger durability when it is being handled, packaged or mailed to consumers. The EcoDisc can be recycled, due to the absence of any toxic bonder. A standard DVD cannot be recycled because of the toxic bonder.

41. The EcoDisc was invented in 2006 and manufacturing of EcoDiscs started in Europe during the Summer of 2007. Since 2007, tens of millions of EcoDisc DVDs have been produced and distributed. EcoDiscs have also been distributed in mass quantities with magazines and newspapers. Currently, the EcoDisc has the same data structure and same data layer as a conventional DVD-5 (4.7 gigabytes). DVD-5's are commonly used for promotional, educational, children's, enterprise, government, newspaper and magazine cover-mounts. The DVD-5 currently represents about 70% of the market for DVDs. A dual-layer EcoDisc, which would be equivalent in storage to a DVD-9, is currently under development and is expected to be released in 2010.

42. The EcoDisc does not use the DVD Logo, but rather uses the EcoDisc Logo. An EcoDisc does not use any of the Format standards of the DVD Forum

-15-

COMPLAINT

1   and is not compliant with any DVD Format.  The EcoDisc is not a standard DVD.

2   A number of patents of different patent pools are used in the manufacture of an

3   EcoDisc and EcoDisc manufacturers are to pay royalties to these patent pools for

4   the manufacture of an EcoDisc.

5         43.    In or about December 2008, EcoDisc AG entered into an EcoDisc

6   Single Layer DVD-Video and DVD-ROM License Agreement (the "EcoDisc

7   License Agreement") with U-Tech Media USA, LLC ("U-Tech"), which is located

8   in Milpitas, California, and its affiliate D-Tech USA, LLC, which is located in

9   Plano, Texas.  The EcoDisc License Agreement provides for the payment of an

10  annual minimum royalty for each injection mold used to make EcoDiscs, as well as

11  a fixed per-unit royalty for each EcoDisc manufactured, sold or otherwise disposed

12  of by licensees.  The EcoDisc License Agreement has an effective date of July 1,

13  2008, and has an initial term of five years, to be extended for further one-year

14  periods, unless the License Agreement is terminated by giving six months' written

15  notice.  U-Tech is a disc replicator that also makes Blu-ray discs, standard DVDs

16  under license with DVD FLLC, CDs, and other optical discs.  The U-Tech DVD

17  FLLC license was entered into with an effective date as of December 15, 2000.

18  There is a successor license agreement dated as of March 15, 2005.

19        44.    As part of EcoDisc AG's efforts in the United States, it has entered

20  into contracts with a number of entities and persons, including a Los Angeles based

21  advertising and public relations company, a commissioned salesperson for the sales

22  of EcoDiscs, and a commissioned salesperson to arrange for EcoDisc licenses with

23  optical disc replicators in the United States.  In March 2008, EcoDisc AG also was

24  an exhibitor in Los Angeles at the main trade show based in the United States.

25  **Defendants' Efforts To Suppress EcoDisc Technology And EcoDiscs**

26        45.    Defendants DVD Forum and DVD FLLC have, along with certain of

27  their respective members and shareholders, taken intentional acts in order to

28  suppress the use of the innovative EcoDisc Technology and prevent EcoDiscs from

-16-

COMPLAINT

1  competing with the standard DVD of the DVD Forum and DVD FLLC. While the

2  thin DVD has been in existence for a number of years, the EcoDisc's early success

3  in Europe resulted in defendants taking note of the EcoDisc. DVD FLLC has

4  acknowledged in writing that it "strive[s] to contain the non-compliant products

5  [EcoDisc] from appearing in the market."

6      46.  One of the Working Groups of the DVD Forum is WG-2 (physical

7  specifications for DVD-ROM). This is a DVD Forum Working Group responsible

8  for developing physical specifications for the DVD-ROM Format used by the DVD

9  Forum and licensed by and through DVD FLLC.

10      47.  In 2008, the DVD Forum WG-2 claims to have conducted a technical

11  study of 0.6mm discs. At the September 17, 2008 Steering Committee meeting of

12  the DVD Forum, the DVD FLLC representative in attendance reported that DVD

13  FLLC was awaiting the DVD Forum WG-2's final report on its technical study to

14  determine what should be done as to 0.6mm discs. The DVD Forum Steering

15  Committee, on November 19, 2008, met and heard a report on WG-2's technical

16  study of 0.6mm discs and discussed "this issue." At this Steering Committee

17  meeting there was also an update provided by the representative from DVD FLLC,

18  which reported that, "There was a further discussion of the issue of 0.6 mm discs in

19  the marketplace in Europe."

20      48.  In March 2009, DVD FLLC sent a written communication to all of its

21  licensed replicators throughout the world, including U-Tech. This written

22  communication was a threat to each replicator with a DVD FLLC License

23  Agreement, that if the replicator manufactures any 0.6mm discs, including an

24  EcoDisc, the manufacture of such products would be a serious breach of the DVD

25  FLLC License Agreement and may lead to early termination of the replicator's

26  DVD FLLC License Agreement. The March 2009 DVD FLLC written

27  communication stated, as follows:

28  ///

DAAR & NEWMAN, PLC

-17-

COMPLAINT

DAAR & NEWMAN, PLC

1

2 "Message from DVD FLLC

3

4 **"0.6mm Optical Discs are Not DVD Format**

5 **Compliant**

6

7 "Dear Licensed Replicators,

8

9 "Thank you for your continued support of the DVD

10 Format/Logo License Program.  As you may know, there

11 are companies that have been trying to market and/or

12 promote 0.6mm thick optical discs.

13

14 "This is a reminder that 0.6mm discs are not Format

15 compliant.  We have received information that, in some

16 instances, such 0.6mm discs have caused damages to the

17 playback apparatus.

18

19 "Since 2002, DVD FLLC has alerted Licensees that such

20 discs are not Format compliant, and additionally has

21 made such information available on DVD FLLC's

22 website.  Separately in 2003 we sent a notice regarding

23 such non-compliant discs to our replicating Licensees.

24 Licensees are therefore on notice that 0.6mm discs are

25 not Format compliant.

26 "The License Agreement requires that all DVD products

27 manufactured by Licensees comply with the

28 specifications set forth in the applicable DVD Format

-18-

1    Books.  (Art. 2.8.)  The manufacturer of non-compliant

2    products, including but not limited to the manufacture of

3    0.6mm discs, is a serious breach of the DVD

4    Format/Logo License Agreement and may lead to early

5    termination of the DVD Format/Logo License

6    Agreement.

7

8    "Thank you in advance for your attention and

9    cooperation.

10

11    "Sincerely yours,

12

13    "Kaoru Saito

14    "Manager, Licensing"

15

16    49.    DVD FLLC also put on its website, in or about March 2009, the

17    following information regarding 0.6mm discs:

18        **"Q.2  Is 0.6mm Thick Optical Disc DVD Format?**

19

20        "A.2  0.6mm Thick Optical Discs does not use DVD

21            Format in a proper manner.  It is only imperfectly

22            and inappropriately using the Format.  The DVD

23            Forum judged that such a Disc is not compliant with

24            the DVD Specifications.  To use DVD Formats for

25            products that do not conform to the Specifications is

26            NOT admissible."

27    ///

28    ///

COMPLAINT

DAAR & NEWMAN, PLC

**"Q.3  Is it alright to manufacture them?**

"A.3  Manufacturing 0.6mm Thick Optical Discs is

misusing the Format and is considered to be a

violation of the DVD Format/Logo License, since

the products are clearly not compliant with the

DVD Specifications.  It is reported that such Discs

are re-appearing in the market, bundled to

magazines or as free gifts.  Because of their non-

compliance, they often cannot be properly played

on existing players and drives, and there have been

reports of damages to the discs and/or the

hardware.  In some cases the disc did not eject

properly and the player had to be serviced.

Licensees are warned that manufacturing non-

compliant DVD Products could lead to termination

of the License."

50.    DVD FLLC is making express, clear threats to its licensees that if they make an EcoDisc (which uses different molds, different specifications, is subject to different patents and patents pending, does not use the DVD Logo, and does not claim to be compliant with any of the specifications of the DVD Forum), they are in violation of the DVD FLLC License Agreement and may have their DVD FLLC License Agreement terminated.  The DVD FLLC License Agreement is not exclusive and expressly does not prevent the manufacture of any other formats, such as Blu-ray discs or DVD+RW discs.

51.    DVD FLLC disseminated information does not refer to any test results of the WG-2 working group of the DVD Forum, even though it is reported that the DVD Forum judged that an EcoDisc is not compliant with the DVD specifications

-20-

1    of the DVD Forum.  The reference to 0.6mm discs reappearing in the market

2    bundled to magazines or free gifts is a reference to the EcoDisc and its success in

3    Europe.

4        52.    The EcoDisc has been subjected to testing and certification by a third

5    party, Professional Multimedia Test Centre, and was awarded a 99.2% playability

6    rating.  The Professional Multimedia Test Centre did intensive testing, including

7    testing on 132 different DVD playback systems.  The EcoDisc can be played on any

8    standard DVD player, computer, laptop or in-car entertainment drive.  EcoDisc AG

9    is unaware of a single bona fide report that an EcoDisc cannot properly be played

10    on existing DVD playback devices and is unaware of any bona fide report that

11    EcoDisc has caused any damage to an EcoDisc being played or to any DVD

12    playback device.  EcoDisc AG is aware that certain Apple Mac notebook computers

13    were made with a Matshita DVD slot-in drive that did have an ejection problem of

14    the drive with specific discs, including but not limited to the EcoDisc.  However,

15    the EcoDisc was playable on the Matshita DVD slot-in drive and the EcoDisc did

16    not cause any damage to this drive.  Upon information and belief, these Matshita

17    slot-in drives do not meet the specifications of slot-in mechanisms defined in

18    standards issued by principal members of the DVD Forum and certain DVDs using

19    the DVD Forum standards have the same ejection problem as with the EcoDisc.

20    Unlike these DVDs, the EcoDisc has a printed visual warning placed on each

21    EcoDisc showing that the EcoDisc should not be used on an Apple Mac slot-in

22    drive.  EcoDisc AG has taken steps to change the design of the EcoDisc to avoid

23    the minimal, only issue known with regard to the ejection of the EcoDisc on these

24    Matshita slot-in drives.

25        53.    The DVD Forum also prominently lists on its website, at its homepage,

26    under "Announcements," as follows:

27    ///

28    ///

-21-

COMPLAINT

DAAR & NEWMAN, PLC

1

"Announcements

2

3      "Please note that the "+RW" format, also known as

4      DVD+RW was neither developed nor approved by the

5      DVD Forum.  The approved recordable formats are

6      DVD-R, DVD-RW and DVD-RAM.

7      **"IMPORTANT NOTICE ABOUT '0.6mm Disk'**

8

9      "0.6mm Thick Optical Disc does not use DVD Format in

10     a proper manner.  It is only imperfectly and

11     inappropriately using the Format.  The DVD Forum

12     judged that such a disc is not compliant with the DVD

13     Specifications."

14     54.    Upon information and belief, defendants do not act to suppress the use

15     of the technology and products of the DVD+RW Alliance and the Blu-ray Disc

16     Alliance, because both of these alliances are comprised of prominent principal

17     members of the DVD Forum and shareholders of DVD FLLC.  On the other hand,

18     the DVD Forum and DVD FLLC have determined that they can suppress and

19     prevent competition from the EcoDisc Technology and EcoDiscs, by making

20     knowingly unfounded and unwarranted statements about the reliability of the

21     EcoDiscs and, more importantly, by threatening all of DVD FLLC's licensed

22     replicators that if they make an EcoDisc, they may lose the ability to make standard

23     DVD discs and use the DVD logo.  The DVD Forum and DVD FLLC is not known

24     to have made such threats or claims as to other competing formats, such as Blu-ray

25     discs and the DVD+RW discs.

26     55.    When replicators have contacted the DVD FLLC with regard to

27     making EcoDiscs, at least on one recent occasion, DVD FLLC responded in writing

28     as follows:

-22-

COMPLAINT

DAAR & NEWMAN, PLC

"Thank you for your e-mail regarding our letter.

"As you may be aware, the DVD Forum has determined that 0.6mm discs to be non-compliant. www.dvdforum.org/forum.shtml 'Announcements' **"IMPORTANT NOTICE ABOUT '0.6mm Disk'**

"0.6mm Thick Optical Disc does not use DVD Format in a proper manner. It is only imperfectly and inappropriately using the Format. The DVD Forum judged that such a disc is not compliant with the DVD Specifications."

"At DVD FLLC, we license the DVD Formats that were created by the DVD Forum, and strive to contain the non-compliant products from appearing in the market. Therefore, in order to maintain the healthy market and to minimize the problems between disc products and hardware, DVD FLLC must instruct our licensees to manufacture compliant DVD Products.

"We request that all Licensees aim to manufacture Format compliant DVD Products, as stipulated in Article 2.8 and 2.9 of the License Agreement.

"Thanking you in advance for your cooperation and understanding, as well as your efforts in avoiding any breach of the Agreement.

-23-
COMPLAINT

1    "Regards,

2

3    "Kaoru Saito

4    "DVD FLLC"

5    56.    Articles 2.8 and 2.9 of the DVD FLLC License Agreement do not

6    restrict licensees from making EcoDiscs or any other disc that does not use a DVD

7    Forum format.  Article 2.8 provides that the licensee agrees that all discs that use

8    information disclosed in a DVD Format Book shall comply with the specifications

9    set forth in the applicable DVD Format Book.  Article 2.9 provides that the license

10   provided to replicators does not apply to any disc that uses information disclosed in

11   a DVD Format Book that does not comply with the specifications in the format

12   book.

13   57.    Philips, one of the founders and principal members of the DVD Forum

14   and a shareholder of DVD FLLC, had agreed to provide patent licenses to users of

15   the Ecma DVD standards.  Philips has expressly recognized that EcoDiscs and

16   other 0.6mm discs are "Non-Standard DVD Discs."  Philips, in an apparent

17   standard side letter agreement regarding a patent license of its AC-3 technology to

18   make 0.6mm discs, refers to EcoDiscs as an example of a "Non-standard DVD

19   Disc".  The Philips side letter also requires the licensee to acknowledge and agree

20   that the DVD Logo is proprietary to DVD FLLC.  The side letter further requires

21   the licensee to agree to refrain from using the DVD Logo on "Non-Standard DVD

22   Discs", such as EcoDiscs, as well as in literature and advertising materials in

23   connection with "Non-Standard DVD Discs" without the express written agreement

24   of DVD FLLC.  The licensee is also required to acknowledge that the Non-

25   Standard DVD Discs, ". . . may cause playability problems on DVD Players and

26   other playback equipment.  Licensee undertakes to ensure that a clear and legible

27   warning message, of prominent dimensions and in a non-removable form, is placed

28   on the outer packaging (preferably printed on the art work) of the Non-Standard

-24-

DAAR & NEWMAN, PLC

1   DVD Discs sold by Licensee and undertakes to ensure that such warning message

2   shall reach the ultimate user of the Non-Standard DVD Discs." The side letter also

3   requires the licensee to indemnify and hold harmless Philips from any damage

4   caused by "Non-Standard DVD Discs" manufactured and/or sold by the licensee.

5       58.    The DVD Forum and DVD FLLC have disregarded the DVD Forum's

6   own Antitrust Guidelines, which provide in part, "Do not issue a 'call to action' or

7   tell participants that they should or should not do something. . . . "Discussions

8   should be restricted to technical issues and should not involve business or

9   competitive strategies that would be implemented by individual participants or by

10  the group. . . . There should be no discussions of . . . entities with which

11  participants will or will not deal. . . . [I]ndividual companies shall adopt their own

12  technologies and business strategies in making products that use or do not use the

13  DVD format . . . . Attending the forum does not preclude participants from using

14  other formats in addition to or instead of the DVD format . . . ."

15      59.    On April 2, 2009, the Regional Court of Hamburg, Germany, issued a

16  preliminary injunction at the request of EcoDisc AG against DVD FLLC, enjoining

17  DVD FLLC from stating to replicators domiciled in member states of the European

18  Union that are licensees of DVD FLLC that the manufacture of 0.6mm discs is in

19  breach of the DVD FLLC License Agreement and may lead to termination of the

20  License Agreement. For each case of a violation by DVD FLLC of the injunction,

21  the court can order DVD FLLC to pay a fine of up to € 250,000 or subject it to

22  arrest for contempt of court. The court issued the injunction without a prior hearing

23  and notice to DVD FLLC. DVD FLLC has not yet challenged the injunction.

24      60.    On June 12, 2009, DVD FLLC filed a complaint in the United States

25  District Court, Southern District of New York, against U-Tech and a company that

26  makes a 0.6mm DVD different from the EcoDisc. With regard to U-Tech, DVD

27  FLLC claims it was entitled to an injunction and damages and alleges in part as

28  follows:

DAAR & NEWMAN, PLC

1   "27.  A DVD manufactured according to the

2   specifications in the DVD Format Books is 1.2 mm thick.

3   By complying with the specifications in this regard, both

4   DVD replicators and hardware manufacturers can ensure

5   the inter-operability of their DVD products with other

6   DVD products on the market – that is, other thing being

7   equal, the compliant disc will fit into the specification-

8   compliant DVD disc drives found in consumer

9   electronics products, and the disc drives designed for

10  compliant DVD discs in the consumer electronics

11  products will read and process the information on those

12  discs properly.

13                          * * *

14  "30.  Upon information and belief, U-Tech has

15  manufactured and distributed in the United States DVD

16  discs that are 0.6 mm thick, or is prepared to do so

17  imminently.  According to press reports, U-Tech has

18  entered into license agreements with a European firm,

19  EcoDisc Technology AG ('EcoDisc'), regarding the

20  technology to manufacture DVD discs that are only 0.6

21  mm thick.  EcoDisc markets and promotes these discs as

22  identical to standard DVD discs in all other respects.

23

24  "31.  Furthermore, EcoDisc has acknowledged in a

25  pleading filed in a German court (1) that 'DVD FLLC

26  publishes the books (so-called "DVD Format Books")

27  where the respective specifications of individual DVD

28  formats, namely DVD-ROM, DVD-Video and DVD-

-26-

COMPLAINT

DAAR & NEWMAN, PLC

1   Audio are printed,' and (2) that '[t]he specifications for

2   the DVD formats DVD-ROM, DVD-Video and DVD-

3   Audio are standards applicable throughout the world

4   which, in particular, ensure that the DVDs are readable

5   and can be played in standard players.'  In addition,

6   EcoDisc has represented that, except for its physical

7   dimensions, '[b]oth with regard to its data storage

8   capacity and the playability on DVD players,' the 0.6

9   mm disc 'corresponds to the conventional DVD of the

10  common type "DVD-5".'"

12  "32.  Upon information and belief, use of non-compliant

13  0.6 mm discs has caused, and will continue to cause,

14  malfunctions in DVD-related consumer electronics

15  products.  Reports in the press, on websites, and on

16  EcoDisc's own promotional materials tell of

17  malfunctions in which non-compliant 0.6 mm discs jam

18  in a disc drive, causing malfunctions.  These results have

19  been confirmed by industry studies.  In addition, industry

20  studies show that the physical features of the non-

21  compliant 0.6 mm discs can and will affect the ability of

22  a DVD player to read the information on the disc, and to

23  process that information correctly – in some instances,

24  causing disruption in the video display.

25                              *  *  *

26  "37.   Unless Defendants are restrained by this Court,

27  DVD FLLC will suffer substantial, imminent and

28  irreparable injury.  Among other things, DVD FLLC has

-27-

COMPLAINT

DAAR & NEWMAN, PLC

made a substantial investment in its licensing program, a
principal objective of which is to ensure the consistency
and compatibility of DVD products. DVD FLLC enjoys
substantial goodwill among members of the DVD
industry and among consumers as a result of the success
of its licensing program, including its success to date in
achieving its consistency and compatibility objectives.
Because the introduction of non-compliant products,
including 0.6 mm discs, can and does interfere with the
operation of DVD products, Defendants' introduction
and further distribution of non-compliant discs into the
DVD market poses an imminent threat to that goodwill.
The introduction of non-compliant products will
undermine industry and consumer confidence in DVD
technology generally, and will interfere with DVD
FLLC's efforts to continue to promote and expand a
licensing program that is premised on the common
benefits that derive from licensees' compliance with a
common set of specifications. . . ."

61.    DVD FLLC also requested that the United States District Court for the
Southern District of New York issue an order requiring U-Tech to destroy its stock
or inventory of EcoDiscs and any other 0.6mm discs that DVD FLLC claims are
non-compliant DVD products as well as destroy any equipment used in the
production of EcoDiscs and any other non-compliant DVD products and to recall
from its customers, distributors and any recipients any non-compliant DVD
products.

///

COMPLAINT

62.    Upon information and belief, active participants in the DVD Forum and shareholders of DVD FLLC have distributed copies of the DVD FLLC complaint against U-Tech to replicators in the United States and elsewhere.

63.    EcoDisc AG is informed and believes, and thereon alleges, that DVD FLLC filed its complaint against U-Tech not in a genuine attempt to obtain an injunction or damages, or to otherwise influence governmental decision making, but for the improper purpose of preventing U-Tech and other replicators from making EcoDiscs.  DVD FLLC's allegations in its complaint as to U-Tech are baseless, false and a sham.

64.    On August 7, 2009, the United States District Court for the Southern District of New York dismissed U-Tech without prejudice from DVD FLLC's lawsuit based upon a stipulation by DVD FLLC and U-Tech.

65.    As a result of the conduct of defendants herein, replicators will not do business with EcoDisc AG under the threat of a cancellation of their License Agreement with DVD FLLC.

66.    U-Tech did not start manufacturing EcoDiscs after being threatened and then sued by DVD FLLC.

67.    Defendants caused EcoDisc AG to stop its planned marketing rollout to enter the United States market since EcoDisc AG cannot license the replicators needed to enter the United States market.

68.    Defendants also caused EcoDisc AG to lose key staff in the United States.  For example, the Vice President of Licensing of North America for EcoDisc AG resigned as of July 31, 2009, based on his inability to have replicators enter into licensing agreements with EcoDisc AG.

69.    EcoDisc AG does not seek in this action any relief or damages based on any type of communications or other conduct by defendants DVD FLLC or DVD Forum directed to any third parties domiciled in Member States of the European Union.  Any such relief or damages would be the subject of the

-29-

DAAR & NEWMAN, PLC

1  proceedings initiated by EcoDisc AG in the Regional Court of Hamburg, Germany.

2

3  **CLAIMS FOR RELIEF**

4

5  **CLAIM 1**

6  **Violation of Sherman Act, Section 1**

7      70.    EcoDisc AG realleges and incorporates by reference the allegations set

8  forth in paragraphs 1 through 69.

9      71.    The actions of defendants the DVD Forum and DVD FLLC, as alleged

10  hereinabove, constitute one or more unlawful contracts, combinations or

11  conspiracies to restrain trade and interstate commerce in the United States market

12  comprised of the manufacture and sale of 1.2mm DVDs and EcoDiscs.  Such

13  contracts, combination and conspiracy consist of a continuing agreement, scheme,

14  plan and concert of action among the DVD Forum and DVD FLLC to suppress

15  innovative products and the competition that those products provide and

16  increasingly do and will provide.  Defendants have agreed and acted in furtherance

17  of such contracts, combination and conspiracy with the intent and for the specific

18  purpose of excluding EcoDiscs from the United States market.

19      72.    The effects of the acts of defendants is to wrongfully and unlawfully

20  suppress innovation and competition in DVD discs, including the new and

21  innovative EcoDisc.  The public will be deprived of the benefits of fully recyclable,

22  more environmentally-friendly and lower cost DVD discs.  EcoDiscs have a carbon

23  emission in raw material and manufacturing process, which is approximately 52%

24  less than the standard DVD.  EcoDiscs would contribute to the reduction of

25  greenhouse gases.  In addition, the reduction of competition and the exclusion and

26  suppression of EcoDiscs from the United States market suppresses price

27  competition in DVD discs and results in artificially higher price levels for DVD

28  products to consumers.

-30-

COMPLAINT

DAAR & NEWMAN, PLC

73.    The action of defendants caused injury not only to competition, but to EcoDisc AG, individually, by reason of which EcoDisc AG has suffered actual damages in an amount to be proved at trial, which damages shall be trebled and awarded to EcoDisc AG as provided in Section 4 of the Clayton Act, 15 U.S.C. § 15.

74.    Unless the actions of defendants, as alleged hereinabove, are enjoined, competition in the relevant markets will continue to be irreparably harmed in a manner that cannot be compensated in monetary damages.

## CLAIM 2

## Violation of the Cartwright Act

75.    EcoDisc AG realleges and incorporates by reference the allegations set forth in paragraphs 1 through 74.

76.    The actions of defendants, as alleged hereinabove, constitute one or more unlawful combinations of capital, skill or acts, by two or more persons that have the effect of unreasonably restraining trade.

77.    The action of defendants, as alleged hereinabove, caused injury not only to competition, but to EcoDisc AG individually, by reason of which EcoDisc AG has suffered actual damages in an amount to be proved at trial, which damages shall be trebled and awarded to EcoDisc AG as provided in Section 16750(a) of the Cartwright Act, California Business & Professions Code § 16750(a).

78.    Unless the actions of defendants, as alleged hereinabove, are enjoined, competition in the relevant markets will continue to be irreparably harmed in a manner that cannot be compensated in monetary damages.

## CLAIM 3

## False Advertising in Violation of Section 43(a) of the Lanham Act

79.    EcoDisc AG realleges and incorporates by reference the allegations set forth in paragraphs 1 through 78.

///

80.     As alleged hereinabove, defendants have made false statements of fact on their websites about the products of its competitors, including EcoDiscs. The websites of defendants are intended for the public, to promote standard DVD discs and sell the DVD Logo and the formats of the DVD Forum.

81.     The dissemination to all or virtually all replicators in the United States and elsewhere by defendants of the March 2009 threat regarding any replicator making any EcoDiscs contained false statements of fact and constitutes a commercial advertising and commercial promotion intended to suppress EcoDiscs and promote the business interest of defendants.

82.     The false statements actually deceived, or had the tendency to deceive, a substantial segment of the intended target audience, including DVD replicators.

83.     The deception by defendants has influenced and is likely to continue to influence the decisions of the target audience.

84.     Defendants disseminated their false and misleading statements through one or more instrumentalities of interstate commerce.

85.     As a direct and proximate result of the false and misleading statements disseminated by defendants, EcoDisc AG has suffered damages, either by direct diversion of sales from itself to defendants and their members and/or shareholders, or by a lessening of the goodwill associated with EcoDisc AG's products in an amount to be proved at trial.

86.     Defendants should be enjoined from further disseminating the false statements regarding EcoDiscs, ordered to post and disseminate corrective advertising on defendants' websites, and ordered to send corrective advertising to all of the replicators with a DVD FLLC License Agreement.

### CLAIM 4

### **Tortious Interference With Contractual Relations**

87.     EcoDisc AG realleges and incorporates by reference the allegations set forth in paragraphs 1 through 86.

-32-

COMPLAINT

1   88.   Defendants were and are aware of the EcoDisc License Agreement

2   between EcoDisc AG and U-Tech.

3   89.   Defendants acted in a manner designed to induce U-Tech not to

4   perform under the EcoDisc License Agreement and defendants' actions succeeded.

5   90.   As a direct and proximate result of the actions of defendants, EcoDisc

6   AG has suffered damages in an amount to be proved at trial.

7   91.   The actions of defendants, as alleged hereinabove, were done with

8   oppression, fraud or malice within the meaning of California Civil Code § 3294,

9   such that an award of punitive or exemplary damages is appropriate.

10                                  **CLAIM 5**

11   **Tortious Interference With Prospective Economic Advantage**

12   92.   EcoDisc AG realleges and incorporates by reference the allegations set

13   forth in paragraphs 1 through 91.

14   93.   EcoDisc AG has economic relationships with DVD replicators and

15   others and was in the process of developing economic relationships with DVD

16   replicators in the United States and elsewhere.  EcoDisc AG was likely to benefit

17   economically in the future from these economic relationships.

18   94.   Defendants had knowledge of EcoDisc AG's relationships and

19   prospective relationships with DVD replicators and others.

20   95.   Defendants engaged in intentional, unlawful and deceptive acts

21   designed to disrupt these economic relationships and the development of additional

22   economic relationships.  Defendants intended to induce replicators and others to

23   refrain from doing business with EcoDisc AG and to induce them to do business

24   with defendants and further defendants' business interests.

25   96.   As a direct and proximate result of the actions of defendants, EcoDisc

26   AG has suffered damages in an amount to be proved at trial.

27   ///

28   ///

-33-

COMPLAINT

97.    The actions of defendants, as alleged hereinabove, were done with oppression, fraud or malice within the meaning of California Civil Code § 3294, such than an award of punitive or exemplary damages is appropriate.

## CLAIM 6

## Trade Libel

98.    EcoDisc AG realleges and incorporates by reference the allegations set forth in paragraphs 1 through 97.

99.    As alleged hereinabove, defendants published false and misleading statements about EcoDisc AG and its products.

100.    The false and misleading statements published by defendants caused others, including DVD replicators, not to deal with EcoDisc AG.

101.    Defendants made the false and misleading statements with knowledge of their falsity or with reckless disregard to their falsity.

102.    As a direct and proximate result of the actions of defendants, EcoDisc AG has suffered damages in an amount to be proved at trial.

103.    The actions of defendants, as alleged hereinabove, were done with oppression, fraud or malice, within the meaning of California Civil Code § 3294, such that an award of punitive or exemplary damages is appropriate.

## CLAIM 7

## Violation of California Business & Professions Code Sections 17200, et seq.

104.    EcoDisc AG realleges and incorporates by reference the allegations set forth in paragraphs 1 through 103.

105.    The actions of the defendants, as alleged hereinabove, constitute fraudulent or unfair business practices within the meaning of California Business & Professions Code §§ 17200, et seq.

106.    By reason of the acts of defendants alleged herein, defendants have wrongfully obtained economic benefits, at the direct expense of EcoDisc AG and to EcoDisc AG's detriment, in an amount to be proven at trial.  EcoDisc AG is

-34-

1  entitled to restitution of the benefits wrongfully obtained by defendants' unlawful,

2  unfair or fraudulent business practices, as alleged hereinabove.

3      107.   By reason of defendants' unlawful, unfair and fraudulent business

4  practices, defendant should be enjoined from continuing their unlawful, unfair

5  and/or fraudulent business practices.

6

7                          **PRAYER FOR RELIEF**

8      WHEREFORE, EcoDisc AG prays for relief against defendants, and each of

9  them, as follows:

10      A.    A finding that defendants have violated Section 1 of the Sherman Act

11  and the Cartwright Act, and award EcoDisc AG treble damages in an amount to be

12  proven at trial;

13      B.    A finding that defendants have engaged in false advertising under the

14  Lanham Act and pursuant thereto award EcoDisc AG damages in an amount to be

15  proven at trial;

16      C.    A finding that defendants have intentionally interfered with valuable

17  contractual relations and prospective economic relationships of EcoDisc AG to

18  EcoDisc AG's economic detriment, and award EcoDisc AG damages in an amount

19  to be proven at trial for its resulting losses, as well as punitive damages, as

20  permitted by law;

21      D.    A finding that defendants have committed trade libel and award

22  EcoDisc AG damages in an amount to be proven at trial for its resulting losses, as

23  well as punitive damages, as permitted by law;

24      E.    A finding that defendants have violated the California Unfair

25  Competition Laws and provide EcoDisc AG with restitution of the benefits

26  defendants wrongfully obtained through their unlawful, unfair and/or fraudulent

27  business practices;

28  ///

DAAR & NEWMAN, PLC

-35-

COMPLAINT

F.     Grant injunctive relief prohibiting defendants, and all persons, firms and corporations acting on their behalf or on their direction or control, from engaging in any further unlawful conduct under Section 1 of the Sherman Act, the Cartwright Act, the Lanham Act, or the California Unfair Competition Laws, and order defendants to post and disseminate corrective advertising on their websites and to send corrective advertising to all of the DVD replicators with a DVD FLLC License Agreement ;

G.     Award EcoDisc AG attorneys' fees and costs of the action; and

H.     Award EcoDisc AG such other, further and different relief as may be necessary and as the Court deems proper and just.

DATED:  October 26, 2009            DAAR & NEWMAN
                                    a Professional Law Corporation
                                    Jeffery J. Daar
                                    Michael R. Newman


                                    By:
                                        Jeffery J. Daar
                                    Attorneys for Plaintiff
                                    ECODISC TECHNOLOGY AG

-36-

COMPLAINT

## JURY DEMAND

EcoDisc AG hereby demands trial by jury on all issues triable to a jury.

DATED:  October 26, 2009    DAAR & NEWMAN
a Professional Law Corporation
Jeffery J. Daar
Michael R. Newman

By: _____
Jeffery J. Daar
Attorneys for Plaintiff
ECODISC TECHNOLOGY AG

DAAR & NEWMAN, PLC

COMPLAINT